U.S. ATTY

AO 440 (Rev 10/93) Summons in a Civil Action

~~John Ashcroft~~ RETURN OF SERVICE  CAB-03-25

| Service of the Summons and complaint was made by me | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

United States District Court
Southern District of Texas
FILED

MAR 03 2003

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): **Cert. # 7001 1940 0003 1451 5614**
**Received by US ATTORNEY ON 2/3/2003**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/19/2003          *[signature]*
                Date                Signature of Server

                        **107 N. 3rd. St. Harlingen, Texas 78550**
                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT

Southern

FERNANDO POLANCO-GONZALEZ

SUMMONS

V.

E.M. TROMINSKI INS DISTRICT DIRECTOR

JOHN ASHCROFT, ATTORNEY GENERAL
OF THE UNITED STATES

CASE NUMBER: B-03-025

TO: (Name and address of Defendant)

US ATTORNEY
P.O. BOX 61129
HOUSTON, TEXAS 77208

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAULA S. WADDLE
107 N. 3rd
HARLINGEN, TEXAS 78550

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                1-27-03
CLERK                                            DATE

(By) DEPUTY CLERK