

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAR 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FERNANDO POLANCO-GONZALEZ,<br>**Petitioner**<br><br>v.<br><br><br>**E.M. TROMINSKI INS DISTRICT<br>DIRECTOR AND JOHN ASHCROFT,<br>ATTORNEY GENERAL OF THE<br>UNITED STATES**<br>**Respondent** | § § § § § § § § § § § § | **CIVIL NO. B-03-025** |

## ORDER

BE IT REMEMBERED, that on March 7, 2003, the Court **DENIED** Petitioner's Ex Parte application of Stay of Removal [Dkt. No. 2]. Petitioner did not include in his supporting brief any reference or discussion of the legal standard applicable to a stay of removal. The Court notes there is a dearth of case law as to the application of 8 U.S.C. § 1252(f)(2) to a stay as opposed to a permanent injunction. In light of the fact that Petitioner's application of stay was filed ex parte, however, the application is **DENIED without prejudice**.

DONE this 7th day of March, 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge