IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 4 2003

Michael N. Milby
Clerk of Court

FERNANDO POLANCO-GONZALEZ,  )
                            )
            Petitioner,     )
                            )
    v.                      )   Civil Action No. B-03-025
                            )
E.M. TROMINSKI,             )
INS DISTRICT DIRECTOR, and  )
JOHN ASHCROFT, ATTORNEY     )
GENERAL OF THE UNITED STATES,)
                            )
            Respondents.    )
_____)

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby files the administrative record of Petitioner FERNANDO POLANCO-GONZALEZ with this Court for review.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Date: April 14, 2003      Fax: (956) 389-7057

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel by depositing a copy of it in the United States mail, first class postage prepaid, to:

> Paula S. Waddle, Esquire
> SOUTH TEXAS IMMIGRATION COUNCIL
> 107 N. Third St.
> Harlingen, TX  78550

on this the 14th day of April, 2003.

LISA M. PUTNAM
Special Assistant United States Attorney