IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FERNANDO POLANCO-GONZALEZ ) | |
| ) | |
| v.   ) | |
| ) | CIVIL ACTION NO. B-03-025 |
| E.M. TROMINSKI, et al.   ) | |
| _____) | |

**RESPONDENTS' OPPOSED MOTION TO TRANSFER**

On May 11, 2005, the REAL ID Act of 2005 became law. The REAL I D Act, is found within Division B of the "Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Tsunami Relief, 2005," Pub. L. No. 109-13, 119 Stat. 231. Specifically, §106 of Title I ("Amendments to Federal Laws to Protect Against Terrorist Entry") is entitled "Judicial Review of Orders of Removal." The effective date is May 11, 2005.

Section 106(c) provides that any case pending in district court in which an alien challenges a final administrative order of removal, deportation, or exclusion shall be transferred by the district court to the appropriate court of appeals. This is such a case.

Therefore, Respondents move this case be transferred to the United States Court of Appeals for the Fifth Circuit. Petitioner opposes the transfer.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHAEL T. SHELBY<br>United States Attorney<br>Southern District of Texas |
|  | s/ Lisa M. Putnam<br>LISA M. PUTNAM<br>Special Assistant U.S. Attorney<br>P.O. Box 1711<br>Harlingen, Texas 78551<br>Tel: (956) 389-7051<br>Georgia Bar No. 590315 |
| August 10, 2005 | Federal Bar No. 2393 |

## CERTIFICATE OF CONSULTATION

The undersigned has conferred with opposing counsel who is opposed to this motion.

/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Opposed Motion to Transfer was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

>Paula S. Waddle, Esquire
>SOUTH TEXAS IMMIGRATION COUNCIL
>107 N. Third St.
>Harlingen, TX  78550

on this the 10th day of August, 2005.

>/s/ Lisa M. Putnam
>LISA M. PUTNAM
>Special Assistant United States Attorney