**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

FERNANDO POLANCO-GONZALEZ   )
   )
v.   )
   )  CIVIL ACTION NO. B-03-025
E.M. TROMINSKI, et al.   )
_____)

**ORDER TO TRANSFER**

The Respondents' opposed motion to transfer is **GRANTED.** This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, §106. The Clerk shall transmit the file forthwith.

Dated this _____ day of _____, 2005.

_____
United States District Court Judge