ORDER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FERNANDO POLANCO-GONZALEZ | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. B-03-025 |
| | ) | |
| E.M. TROMINSKI, et al | ) | |
| _____ | ) | |

## ORDER TO TRANSFER

The Respondents' motion to transfer is **GRANTED.**   This case is transferred to the

United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat.

231, § 106.   The Clerk shall transmit the file forthwith.

Dated this 27th day of September, 2005.


_____
Felix Recio
United States Magistrate Judge